| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:06-CR-122 |
| | § | |
| ALFREY G. WILLIAMS | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties did not file objections. By failing to timely object, the defendant waived his right to appear before this court before sentence is imposed. *See* Consent to Revocation of Supervised Release (#58). The Court ORDERS that the findings of fact and recommendation on plea of true (#62) are ADOPTED and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court ORDERS the defendant to serve a term of twenty-four (24) months imprisonment with no additional term of supervision to follow. The Court finally ORDERS this term of imprisonment to run consecutively to the state sentence Mr. Williams is currently serving in Texas Department of Criminal Justice, Institutional Division.

SIGNED at Beaumont, Texas, this 28th day of March, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE